IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL ACTION NO.: |
| | : | |
| TANIKA VICTORIA LITTLE, | : | 2:12-CR-539-CDJ-1 |
| | : | |
| Defendant | : | |

### ORDER

**AND NOW**, this 23rd day of July, 2014, it is hereby **ORDERED** that defendant's motion to suppress, (Doc. No. 25), is **GRANTED IN PART** and **DENIED IN PART**. It is **GRANTED** insofar as defendant seeks suppression of her daughter's birth certificate, any receipts dated before February 15, 2011, and her debit cards, credit cards, and Dave and Buster's cards. It is **DENIED** in all other respects.

BY THE COURT:

C. DARNELL JONES II  J.