IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION NO.:** |
| | : | |
| **TANIKA VICTORIA LITTLE,** | : | **2:12-CR-539-CDJ-1** |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 31st day of March, 2016, upon consideration of the Government's Motion for Judgment and Preliminary Order of Forfeiture (Dkt No. 89), and arguments made at the hearing held on July 9, 2015 (Dkt No. 95), it is hereby ORDERED that said Motion is GRANTED IN PART, DENIED IN PART.

The Motion is GRANTED insofar as the Government requests:

1. Forfeiture of a $15,251.61 interest in Defendant's Jeep Cherokee.
2. An *in personam* money judgment against Defendant in the amount of $81,870.90.

The Motion is DENIED insofar as the Government requests:

1. Forfeiture of Defendant's home located at 2041 S. Opal Street, Philadelphia, PA 19145.

FURTHERMORE, it is hereby ORDERED that the Defendant shall forfeit substitute assets, in lieu of the house located at 2041 S. Opal Street, Philadelphia, PA 19145, in the form of:

1. The TD Bank Account containing $5,643.59.
2. The PNC Bank Account containing $7,233.90.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II   J.